IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN E. RAPHAEL, ESQUIRE  :
                Plaintiff,  :  CIVIL ACTION NO. 02-3808
                v.  :
UNITED STATES DEPARTMENT OF JUSTICE :
                Defendant.  :

### STIPULATION FOR EXTENSION OF TIME

The parties hereto, by their undersigned attorneys, hereby stipulate that the time by which Defendant is required to answer, plead or otherwise move in response to the Complaint shall be extended to August 19, 2002. This is a thirty (30) day extension from the date the Response is due, and the first such extension sought.

_____
SUSAN SHINKMAN, AUSA
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 191060
Attorney for Defendant,
United States Department of
Justice

_____
GAETAN ALFANO, ESQUIRE
Miller, Alfano & Raspanti, PC
Suite 3402
1818 Market Street
Philadelphia, PA 19103
Attorney for Plaintiff,
    Kevin E. Raphael

SO ORDERED:

_____