**KUTAK ROCK LLP**

SUITE 2100
PEACHTREE CENTER SOUTH TOWER
225 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1731

404-222-4600
FACSIMILE 404-222-4654

www.kutakrock.com

CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
KANSAS CITY
LINCOLN
LITTLE ROCK
NEWPORT BEACH
OKLAHOMA CITY
OMAHA
PASADENA
RICHMOND
SCOTTSDALE
WASHINGTON

MICHAEL K. WOLENSKY

August 12, 2002

**VIA FEDEX**

Kevin E. Raphael, Esq.
Miller, Alfano & Raspanti, P.C.
Suite 3402
1818 Market Street
Philadelphia, PA 19103

Re: *Donna Lee Williams v. Prudential Securities, Inc., et al.*, Circuit Court of the Ninth Judicial Circuit In And For Orange County, Florida, Civil Action Case No.: CI 96-3225

Re: *Kevin E. Raphael, Esquire v. United States Department of Justice* USDC, E.D. of Pennsylvania, Complaint for Injunctive Relief No. 02-3808

Dear Mr. Raphael:

In accordance with Assistant United States Attorney Susan Shinkman's letter dated August 6, 2002, and your letter dated August 8, 2002, enclosed are the documents which we received from the Department of Justice in the above-referenced matter.

Very truly yours,

Michael K. Wolensky

blw
Enclosures
cc: Ethan H. Cohen, Esq. (without enclosures)
    Richard L. Martens, Esq. (with enclosures)

04-32835.01

