IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN RAPHAEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF JUSTICE | : | NO. 02-3808 |

**O R D E R**

AND NOW, this 21st day of April, 2003 , in accordance with defendant's request for a continuance, it is Ordered that the pretrial conference scheduled for April 22, 2003 is hereby rescheduled to April 30, 2003 at 2:00 p.m. in chambers.

ATTEST:                                          or      BY THE COURT

BY:_____          _____
    Deputy Clerk                              CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)