IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN E. RAPHAEL, ESQUIRE : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 02-3808 |
| : | |
| v. : | |
| : | |
| UNITED STATES DEPARTMENT OF JUSTICE: | |
| : | |
| Defendant. : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Defendant in the above-captioned matter.

```
                          _____
                          SUSAN SHINKMAN
                          Assistant United States Attorney
```

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant in the above-captioned matter.

```
                          _____
                          NANCY L. GRIFFIN
                          Assistant United States Attorney
                          615 Chestnut Street, Suite 1250
                          Philadelphia, PA 19106
                          Tel:(215) 861-8250
                          Fax: (215)861-8349
```

Dated: May 7, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Withdrawal/Entry of Appearance to be served by first-class United States mail, postage prepaid, upon the following:

>Kevin E. Raphael, Esquire
>Miller, Alfano & Raspanti, PC
>Suite 3402
>1818 Market Street
>Philadelphia, PA 19103

>NANCY L. GRIFFIN
>Assistant United States Attorney

Dated:  May 7, 2003