IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN E. RAPHAEL, ESQUIRE : | |
| : | |
| v.   : | CIVIL ACTION NO. 02-3808 |
| : | |
| UNITED STATES DEPARTMENT : | |
| OF JUSTICE   : | |

WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

    Kindly withdrawal my appearance for defendant, United States of America, in the above-captioned case.

Dated: 10/1/04

NANCY L. GRIFFIN
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106
(215) 861-8250

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ST day of October, 2004 a true and correct copy of the foregoing Withdrawal of Appearance was served by first class mail, postage prepaid, upon the following:

>Kevin E. Raphael, Esquire
>Miller, Alfano & Raspanti, PC
>Suite 3402
>1818 Market Street
>Philadelphia, PA 19103

>NANCY L. GRIFFIN
>Assistant United States Attorney