IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN E. RAPHAEL, ESQUIRE : | |
| : | |
| v. : | CIVIL ACTION NO. 02-3808 |
| : | |
| UNITED STATES DEPARTMENT : | |
| OF JUSTICE : | |

ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance for defendant, United States of America, in the above-captioned case.

Dated: 10/1/04

BARBARA ROWLAND
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
(215) 861-8311

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ST day of October, 2004 a true and correct copy of the foregoing Withdrawal of Appearance was served by first class mail, postage prepaid, upon the following:

>Kevin E. Raphael, Esquire
>Miller, Alfano & Raspanti, PC
>Suite 3402
>1818 Market Street
>Philadelphia, PA 19103

_____
BARBARA ROWLAND
Assistant United States Attorney